IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MIXON SEED SERVICES INC., et al, | * |
| Plaintiffs, | * |
| v. | Case No. 1:23-CV-183(LAG) |
| | * |
| RYAN ANDREWS, et al, | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated October 17, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 17th day of October, 2024.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk